In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-11-00617-CR
_____

WILLIE EARL STEWART, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 75th District Court
Liberty County, Texas
Trial Cause No. CR28533

## MEMORANDUM OPINION

Following a jury trial, appellant, Willie Earl Stewart, was convicted of murder. *See* Tex. Penal Code Ann. § 19.02(b) (West 2011). Stewart was sentenced by the jury to confinement in the Texas Department of Criminal Justice for life. The jury assessed a fine in the amount of $10,000. This appeal followed.

Stewart's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967); *High v. State*, 573 S.W.2d 807

1

(Tex. Crim. App. 1978). On September 6, 2012, we granted an extension of time for appellant to file a *pro se* brief. We received no response from Stewart.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on December 28, 2012
Opinion Delivered January 23, 2013
Do not publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1] Appellant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.